1330

## OWENS VALLEY INDIAN HOUSING AUTHORITY, Plaintiff–Appellant,

v.

### Gifford TURNER, Defendant–Appellee.

No. 96–16021.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 11, 1999.

Opinion Filed Aug. 2, 1999.

Opinion Withdrawn Oct. 29, 1999.

Filed Oct. 29, 1999.

Before: BETTY B. FLETCHER and BARRY G. SILVERMAN, Circuit Judges, and TOM STAGG,[1] District Judge.

### ORDER

The petition for rehearing is granted. The opinion filed August 2, 1999, 185 F.3d 1029, is withdrawn. Contemporaneous with the filing of this order, a memorandum disposition is filed to replace the opinion.